

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

Nos. 04-17-00661-CR & 04-17-00662-CR

Ismael **RODRIGUEZ**, Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court Nos. 2015CR3781 & 2015CR3782
Honorable Andrew Wyatt Carruthers, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the judgments of the trial court are AFFIRMED.

SIGNED September 5, 2018.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice